referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application pending timely filing and disposition of a petition for writ of certiorari.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. (LOUISIANA BOUNDARY CASE). Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier orders herein, see, *e. g.,* 409 U. S. 17 and 909.]

No. 31, Orig. UTAH *v.* UNITED STATES. Exceptions to the Report of the Special Master set for oral argument in due course. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier orders herein, see, *e. g.,* 416 U. S. 932.]

No. 35, Orig. UNITED STATES *v.* MAINE ET AL. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier orders herein, see, *e. g.,* 408 U. S. 917.]

No. 48, Orig. MISSISSIPPI *v.* ARKANSAS, 415 U. S. 302. Parties are directed to submit a proposed amended decree which has the approval of the Special Master.

No. 52, Orig. UNITED STATES *v.* FLORIDA. Exceptions to the Report of the Special Master set for oral argument in due course. [For earlier orders herein, see, *e. g.,* 415 U. S. 905.]

No. 64, Orig. NEW HAMPSHIRE *v.* MAINE. Motion of New Hampshire Commercial Fishermen's Assn. et al. for